AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Anthony Webb </br> *Plaintiff* </br> v. </br> Magistrate Thomas O. Beridon, et al. </br> *Defendant* | ) </br> ) </br> ) Civil Action No. 1:24-cv-43 </br> ) </br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: the R&R (Doc. 4) is adopted in part and rejected in part. The Court dismisses Webb's action without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal of the Opinion and Order would not be made in good faith, and the Court denies Webb leave to appeal in forma pauperis.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 7/16/24

CLERK OF COURT

Scott M. L_____
*Signature of Clerk or Deputy*